**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-1578

———————

TINE S. REYNOLDS, and spouse,

                                        Plaintiff - Appellant,

        versus

MONTGOMERY COUNTY PUBLIC SCHOOLS, MD; CAROL
BURKE; PAUL VANCE; ELIZABETH ARONS; JERRY
WEAST, as employees and individuals,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-3790-AW)

———————

Submitted:  October 10, 2000        Decided:  November 1, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Tine S. Reynolds, Appellant Pro Se.  Patrick Liam Clancy, David
Reese Warner, VENABLE, BAETJER & HOWARD, Rockville, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tine S. Reynolds appeals the district court's orders dismissing this action and denying her motion for reconsideration. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's final order was entered on the docket on March 21, 2000. Appellant's notice of appeal was filed on May 1, 2000. Because Appellant failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Reynolds' motion for $2000 in reimbursement for work performed on the case and for being "dissed" by the district court and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2